HC-001

Name: *Scott Richard Price*

Address: *Rccc 12500 Bruceville Rd*
*Elk Grove, CA. 95757*

CDC or ID Number: *4102520*

**FILED**

AUG 2 2 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## *UNITED STATES COURTS*
## *EASTERN DISTRICT OF*
## *SACRAMENT CALIFORNIA*

*(Court)*

*Scott Richard Price*

Petitioner

vs.

*SACRAMENTO COUNTY*

Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

No. **2:22 - CV 1 4 8 4 - ____ CKD HC**

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2018). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

HC-001

**This petition concerns:**

☐ A conviction                    ☐ Parole

☐ A sentence                      ☐ Credits

☑ Jail or prison conditions       ☐ Prison discipline

☐ Other *(specify)*: _____

1. Your name: *SCOTT RICHARD PRICE*

2. Where are you incarcerated? *RIO COSUMNES CORRECTIONAL CENTER*

3. Why are you in custody? ☑ Criminal conviction   ☐ Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

      *VEHICLE THEFT*
      *RECEIVING STOLEN PROPERTY*

   b. Penal or other code sections: *VC 10851., PC 496., a*

   c. Name and location of sentencing or committing court:
      *SACRAMENTO MAIN JAIL SUPERIOR COURT DEPT. 61*
      *SOUTH PLACER SUPERIOR COURT SENTENCING IS*
      *CONCURRENT SACRAMENTO COUNTY JAIL COMMITMENT*

   d. Case number: *21FE002983 —*

   e. Date convicted or committed: _____

   f. Date sentenced: _____

   g. Length of sentence: _____

   h. When do you expect to be released? _____

   i. Were you represented by counsel in the trial court? ☐ Yes   ☐ No   *If yes, state the attorney's name and address:*

   _____
   _____
   _____

4. What was the LAST plea you entered? *(Check one):*

   ☐ Not guilty   ☐ Guilty   ☑ Nolo contendere   ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury   ☑ Judge without a jury   ☐ Submitted on transcript   ☐ Awaiting trial

HC-001 [Rev. January 1, 2019]                    **PETITION FOR WRIT OF HABEAS CORPUS**                    Page 2 of 6

6.  GROUNDS FOR RELIEF
    **Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

RELIEF, under FEDERAL CIVIL RIGHTS ACTS, 18 ALR FED 7 PRISONERS CONDITIONS RELATING TO CORPORAL PUNISHMENT AUTHORITY MISCONDUCT TO LIFE THREAT AND REFUSAL OF GRIEVANCE PROCESS COUNTY JAIL POLICY RULE VIOLATION

a.  Supporting facts:
    Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*.

IN SUPPORT LAW INFORCEMENT OF SACRAMENTO HAS VIOLATED PETITIONERS 14TH AMENDMENT CONSTITUTIONAL RIGHTS PETITIONER HAS STATED PROPER CLAIM FACTUAL SUPPORTING DOCUMENTS ARE LISTED IN WHICH THE ALLEGED WRONGFUL ACT OR OMISSION TO COUNTY JAIL — SAFETY VIOLATION — LIFE THREAT

PETITIONER REQUEST FOR THE FEDERAL COURT TO ORDER AN EVIDENTIARY HEARING DIRECTED WITH THE PROPER COURT FOR FULL HEARING WITH All DUE PROCESS SAFE SAFEGUARDS. PETITIONER HAS EXHAUSTED All COURT AND FACILITY ADMINISTRATIVE REMEDIES

b.  Supporting documents:
    Attach declarations, relevant records, transcripts, or other documents supporting your claim. (See *People v. Duvall* (1995) 9 Cal. 4th 464, 474.)

CO. CAL REG., TITLE 15 3315
Starr v. Beca 652 F3d 1202,1207 9th Cir 2011
Toguchi v. Chung, 391 F.3d 1051,1057 (9th Cir 2004
1983 CIVIL SUIT WRONGS CAUSED by a COUNTY JAIL POLICY
RCCC IS COUNTY AGENCY SAME RULES APPLIES IMPLICATING POLICY
SUPREME COURT CASE NO: S274002
SUPERIOR CASE NO: 22HC00223

c.  Supporting cases, rules, or other authority *(optional)*:
    (Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

CIVIL RIGHTS 4.5 PROTECTION OF THE FOURTEENTH AMENDMENT
CONSTITUTIONAL LAW 521 DUE PROCESS - CIVIL RIGHTS 12.5
(28 USCS 2281) TWOMBLY, 550 U.S. AT 555 CITATIONS OMITTED
FEDERAL RULE OF CIVIL PROCEDURE 8 (a)(2)
Title 11.6 CIVIL RIGHT (AMENDED BY STATS. 1991 Ch. 839 SEC 4.)
28 C.F.R. 35.150 — 35.152  SEE Brady v. Maryland 1963
373 U.S. 83-83 S.CT 1994; 10 LEd 2d 215 Brady Claim

7. Ground 2 or Ground _____ *(if applicable):*

Authority Misconduct to State OF
CALIFORNIA TITLE 15 POLICY RULE VIOLATION

CONDITIONS VIOLATED PUT THE PETITIONER - PLAINTIFF
AT SUBSTANTIAL RISK OF SUFFERING FROM SERIOUS
HARM.

a. Supporting facts:

SACRAMENTO SHERIFF(S) OFFICE AND LAW
ENFORCEMENT OFFICER(S) HAS NOT SET OR SCHEDULED
ANY PERSONAL APPEARANCE HEARING OF SUBJACT
MATTER THAT INVOLVES COUNTY SHERIFF DEPUTY
MAKING A THREAT TO MY LIFE WHILE IN CUSTODY
AT RIO COSUMNES CORRECTIONAL CENTER ON MY
CURRENT COUNTY JAIL COMMITMENT.
IN SUPPORT
PETITIONER HAS FILED MULTIPLE COURT PETITIONS
AND COURT OF APPEALS THAT HAS BEEN DENIED
OF THE MATTER. PETITIONER SENT MULTIPLE
LETTERS TO MRS. ANNE MARIE SCHUBERT SAC
COUNTY DISTRICT ATTORNEY AT 901 G STREET
SACRAMENTO, CA. 95814, ON THE DATES OF, 09-04-21,
10-14-21, 10-16-21, 02-28-22, 03-28-22, 04-16-22, AND
NOT RECEIVED ANY RESPONSE BACK OF THE MATTER
IN SUPPORT
PETITIONER HAS SENT AISO SENT MESSAGE AND LETTER
COUNTY PROBATION OFFICER / MARIBELL MACIAS AT
8745 FOLSOM BLVD SACRAMENTO, CA. 95826

b. Supporting documents: RESPONDENT ANNE MARIE SCHUBERT
STATE BAR OF CALIFORNIA CASE NO: 22-0-08771
PRICE V. SCHUBERT CASE NO: 34-2022-00316607
CITIZEN COMPLAINT REF NO: 2022 PSD 0174
COURT OF APPEAL PETITION CASE NO: C096579
COURT OF APPEAL PETITION CASE NO: C096580
GRIEVANCE NO: 22-4771 AND GRIEVANCE DATED
08-08-22 ATTACHED WITH MESSAGE REQUEST FORM
DOCUMENT

c. Supporting cases, rules, or other authority:

CIVIL RIGHTS 12.5 SUITS By PRISONERS
CONSTITUTIONAL LAW 818, 827 - PROCEDURAL DUE PROCESS
CONSTITUTIONAL LAW 786, 787 - RIGHT TO BE HEARD
818-827 DUE PROCESS TERMINATION OF WEIFARE PAYMENT HEARING
PEOPLE V. POPE 1979 23 Cal.3d 412,426 152 Cal RPTL 732
SEE in RE Seaton 2004 34 Cal.4th 193,199-200 17 CAL RPTL 3d633

HC-001

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes ☐ No    If yes, give the following information:

 a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):

_____

 b. Result: *COURT DOCUMENT ATTACHED* c. Date of decision: _____

 d. Case number or citation of opinion, if known: _____

 e. Issues raised: (1) _____

   (2) _____

   (3) _____

 f. Were you represented by counsel on appeal? ☐ Yes ☒ No    If yes, state the attorney's name and address, if known:

_____

9. Did you seek review in the California Supreme Court? ☒ Yes ☐ No    If yes, give the following information:

 a. Result: *COURT DOCUMENT ATTACHED* b. Date of decision: _____

 c. Case number or citation of opinion, if known: _____

 d. Issues raised: (1) _____

   (2) _____

   (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal (see *In re Dixon* (1953) 41 Cal.2d 756, 759):

_____
_____
_____

11. Administrative review:

 a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:

*ALL ADMINISTRATIVE REMEDIES HAS BEEN EXHAUSTED BY THE PETITIONER-PLAINTIFF REGARDING THE VIOLATED CONDITIONS OF COUNTY CONFINEMENT*

_____
_____
_____
_____
_____
_____

 b. Did you seek the highest level of administrative review available? ☒ Yes ☐ No
 *Attach documents that show you have exhausted your administrative remedies. (See* People v. Duvall *(1995) 9 Cal.4th 464, 474.)*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court, including this court? (See *In re Clark* (1993) 5 Cal.4th 750, 767–769 and *In re Miller* (1941) 17 Cal.2d 734, 735.)

 ☒ Yes   If yes, continue with number 13.    ☐ No   If no, skip to number 15.

HC-001

13 a. (1) Name of court: *SUPREME COURT OF CALIFORNIA*

(2) Nature of proceeding (for example, "habeas corpus petition"): *PETITION OF HABEAS CORPUS*

(3) Issues raised: (a) _____

(b) _____

(4) Result (attach order or explain why unavailable): _____

(5) Date of decision: _____

b. (1) Name of court: _____

(2) Nature of proceeding: _____

(3) Issues raised: (a) _____

(b) _____

(4) Result *(attach order or explain why unavailable)*: _____

(5) Date of decision: _____

c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

*ATTACHED COURT DOCUMENTS*

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Robbins* (1998) 18 Cal.4th 770, 780.)

16. Are you presently represented by counsel? ☐ Yes ☐ No <u>If yes, state the attorney's name and address, if known:</u>

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes ☐ No If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: **08-18-2022**

► _____
(SIGNATURE OF PETITIONER)

HC-001 [Rev. January 1, 2019] | **PETITION FOR WRIT OF HABEAS CORPUS** | Page 6 of 6

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form]  [Save this form]

Court of Appeal, Third Appellate District
Andrea K. Wallin-Rohmann, Clerk
Electronically FILED on 7/22/2022 by D. Welton, Deputy Clerk

**IN THE**

# Court of Appeal of the State of California
## IN AND FOR THE
## THIRD APPELLATE DISTRICT

In re SCOTT RICHARD PRICE on Habeas Corpus.

### Case No. C096579

**BY THE COURT:**

The petition for writ of habeas corpus is denied because petitioner has an adequate remedy at law.   (See Pen. Code, § 1237.1; *People v. Fares* (1993) 16 Cal.App.4th 954.)

ROBIE, Acting P.J.

----------------------------------

cc: See Mailing List

**IN THE**

# Court of Appeal of the State of California
**IN AND FOR THE**
## THIRD APPELLATE DISTRICT

MAILING LIST

Re:   In re SCOTT RICHARD PRICE on Habeas Corpus
        C096579

Copies of this document have been sent by mail to the parties checked below unless they were
noticed electronically.  If a party does not appear on the TrueFiling Servicing Notification and is
not checked below, service was not required.

✓ Scott Richard Price
Booking #: 4102520
Rio Cosumnes Correctional Center
12500 Bruceville Road
Elk Grove, CA 95757-9784

Office of the State Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

| STATE OF CALIFORNIA<br>California Court of Appeal,<br>Third Appellate District | ***E-NOTICE***<br><br>**STATE OF CALIFORNIA**<br>California Court of Appeal, Third Appellate District |
|---|---|

Case Name: | **In re SCOTT RICHARD PRICE on Habeas Corpus**

Case Number: **C096580**

Lower Court Case Number:

My email address used to e-notify: **truefilingadmin@truefiling.com**

I notified by email a copy of the following document indicated below:

Title of papers e-notified:    **C096580 - Order - ORDER DENYING PETITION FILED.**
**- 7/22/2022**

| PERSON SERVED | EMAIL ADDRESS | DATE / TIME |
|---|---|---|
| Office of the State Attorney General, | SacAWTTruefiling@doj.ca.gov | 07-22-2022<br>09:45:09 AM |
| Service Tracking Id: 2ea68d576d724c4295bb6ce48364bb38 | | |
| B. Haskett,<br>Court of Appeal, Third Appellate<br>District | truefilingadmin@truefiling.com | 07-22-2022<br>09:45:09 AM |
| Service Tracking Id: 8834c78f0de442068002297d0cdcbb83 | | |

This eNotice was automatically created, submitted and signed on my behalf through my agreements with TrueFiling and its contents are true to the best of my information, knowledge, and belief.

07-22-2022

Date

Andrea K. Wallin-Rohmann, Clerk

Clerk/Executive Officer

B. Haskett

Deputy Clerk

Court of Appeal, Third Appellate District

Court

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SACRAMENTO

| | | | |
|---|---|---|---|
| DATE | : MAY 18, 2022 | DEPT. NO | : 10 |
| JUDGE | : ERNEST W. SAWTELLE | CLERK | : D. AGUILERA |
| REPORTER | : NONE | BAILIFF | : NONE |

IN RE THE MATTER OF:

SCOTT RICHARD PRICE,                    Case No.  22HC00223

On Habeas Corpus.

**Nature of Proceedings:   PETITION FOR WRIT OF HABEAS CORPUS - ORDER**

Petitioner's petition for writ of habeas corpus has been received, filed and considered. It is HEREBY ORDERED that the petition is DENIED.

### I. Introduction

Petitioner is currently incarcerated at Rio Cosumnes Correctional Center in Elk Grove, Ca. In petitioner's prior habeas petitions he indicated he was convicted of vehicle theft (Veh. Code § 10851) and receiving stolen property (Pen. Code § 496[1]).

Petitioner alleges judicial misconduct. The petitioner states the court has been advised of a "life threat" against him. The petitioner also mailed the court a letter reiterating the same claim. He has attached two incomplete subpoena duce tecum forms to his letter.

The Court finds the petition is successive and as such, procedurally barred. Further, the court does not construe this petition as an attempt to disqualify a judge under California Civil Procedure section 170.6 (CCP § 170.6).

### II. It is Petitioner's Burden to Present a Prima Facie Case

A petitioner seeking relief by way of habeas corpus has the burden of stating a prima facie case. (*In re Bower* (1985) 38 Cal.3d 865, 872.) A petition should include as exhibits all reasonably available documentary evidence or affidavits supporting the claim. (*People v. Duvall* (1995) 9 Cal.4th 464, 474.)

---

[1] All future statutory references are to the Penal Code unless otherwise noted.

| | | |
|---|---|---|
| BOOK | : | Superior Court of California, |
| PAGE | : | County of Sacramento |
| DATE | : MAY 18, 2022 | |
| CASE NO. | : 22HC00223 | |
| CASE TITLE | : IN RE: PRICE | |

BY:   D. AGUILERA,
_____
     Deputy Clerk

**Page 1 of 3**

### III. Leave of court to amend petition

The petitioner's letter was received after the initial filing of his petition. A petitioner must seek leave of the court to amend a habeas corpus petition. (*Board of Prison Terms v. Superior Court* (2005) 130 Cal.App 4th 1212, 1235.)   The court deems the letter to be duplicative of the claim made in the latest petition and therefore will not address it separately. The letter will be attached to the current petition.

### IV. Petitioner's habeas corpus petition is an abuse of the writ of habeas corpus

The petition is successive. A successive state habeas corpus petition is an abuse of the writ of habeas corpus, and if unjustified, is barred from habeas corpus review unless (1) it alleges facts which, if proven, would establish that a fundamental miscarriage of justice occurred as a result of the proceedings leading to conviction, (2) the petitioner is presenting newly discovered claims after demonstrating due diligence (*In re Robbins* (1998) 18 Cal.4th 770, 811-812, 812 fn. 32; *In re Clark* (1993) 5 Cal.4th 750, 774-775), or (3) the petitioner is claiming that the sentence is unlawful, as an unlawful sentence may be corrected at any time (*People v. Welch* (1993) 5 Cal.4th 228; *In re Harris* (1993) 5 Cal.4th 813, 842; *People v. Serrato* (1973) 9 Cal.3d 753, 763, overruled on other grounds in *People v. Fosselman* (1983) 33 Cal.3d 572, 583 fn. 1).

Only the following represent a "fundamental miscarriage of justice" for these purposes:

(1) An error of constitutional magnitude led to a trial that was so fundamentally unfair that absent the error no reasonable judge or jury would have convicted the petitioner;
(2) The petitioner is actually innocent of the crime or crimes of which the petitioner is convicted;
(3) The death penalty was imposed by a sentencing authority which had such a grossly misleading profile of the petitioner before it that absent the trial error or omission no reasonable judge or jury would have imposed the sentence of death; or
(4) The petitioner was convicted or sentenced under an invalid statute.
(*In re Robbins*, supra, 18 Cal.4th 770, 811-812, 812 fn. 32; *In re Clark*, supra, 5 Cal.4th 750, 787-798).

| | | |
|---|---|---|
| **BOOK** | : | |
| **PAGE** | : | |
| **DATE** | : **MAY 18, 2022** | |
| **CASE NO.** | : **22HC00223** | |
| **CASE TITLE** | : **IN RE: PRICE** | |

**Superior Court of California, County of Sacramento**

**BY: D. AGUILERA,**_____
          **Deputy Clerk**

**Page 2 of 3**

Here, petitioner re-alleges the same issue he raised in his prior habeas petition (22HC00158). Petitioner does not provide any new information in the current petition that would prevent the current claim from being barred as successive (*In re Robbins, supra*, 18 Cal.4th at p. 811-812, 812 fn. 32; *In re Clark, supra*, 5 Cal.4th at p. 774-775). The claim is also procedurally barred as a claim that has been raised in a prior habeas petition (*In re Miller* (1941) 17 Cal. 2d 734, 735.)

The court will not construe the petition as an attempt to disqualify it under CCP § 170.6 because the petitioner has failed to comport with the requirements of CCP 170.6, subdivision (a)(2). (*See Mass v. Superior Court* (2016) 1 Cal. 5th 962, 970.)

## V. Disposition

This petition is an abuse of the writ process. Petitioner has filed a previous habeas corpus petition that alleges the same issue (22HC00158). Generally, a petitioner convicted of a felony has but one opportunity to bring a habeas corpus petition before a California court. Once that opportunity has been exhausted, future claims on habeas will not be cognizable at all, unless the claims meet the Robbins/Clark bar. That burden has not been met and the petition is denied.

For the foregoing reasons the petition is hereby DENIED.

DATED: MAY 18, 2022

ERNEST W. SAWTELLE

_____
JUDGE ERNEST W. SAWTELLE
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SACRAMENTO

### DECLARATION OF MAILING

I hereby certify that I am not a party to the within action, and that I deposited a copy of this document in sealed envelopes with first class postage prepaid addressed to each party or the attorney of record in the U.S. Mail at 720 Ninth Street, Sacramento, California.

DISTRICT ATTORNEY
ATTN: JTI UNIT
SENT VIA INTEROFFICE MAIL
Dated:   MAY 18, 2022

SCOTT PRICE X-4102520
12500 BRUCEVILLE RD.
ELK GROVE, CA 95757

Superior Court of California
County of Sacramento

By: D. Aguilera,_____
Deputy Clerk

BOOK          :
PAGE          :
DATE          : **MAY 18, 2022**
CASE NO.      : **22HC00223**
CASE TITLE    : **IN RE: PRICE**

**Superior Court of California,
County of Sacramento**


**BY: D. AGUILERA,**_____
     **Deputy Clerk**

**Page 3 of 3**

SUPREME COURT
**FILED**

AUG 1·0 2022

Jorge Navarrete **Clerk**

S274002

_____
Deputy

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

### In re SCOTT RICHARD PRICE on Habeas Corpus.

---

The petition for writ of habeas corpus is denied.   (See *People v. Duvall* (1995) 9 Cal.4th 464, 474 [a petition for writ of habeas corpus must include copies of reasonably available documentary evidence]; *In re Dexter* (1979) 25 Cal.3d 921, 925-926 [a habeas corpus petitioner must exhaust available administrative remedies]; *In re Swain* (1949) 34 Cal.2d 300, 304 [a petition for writ of habeas corpus must allege sufficient facts with particularity].)

CANTIL-SAKAUYE
_____
*Chief Justice*

CBR 2-10





# SACRAMENTO COUNTY
## SHERIFF'S OFFICE
### CORRECTIONAL SERVICES GRIEVANCE FORM

| NAME (PRINT LAST, FIRST, MIDDLE) | DATE OF BIRTH | XREF NUMBER | DATE |
|---|---|---|---|
| Price, Scott Richard | 02-09-1989 | 4102520 | |
| INMATE SIGNATURE *Scott Price* | INMATE LOCATION JKF-300 | DATE AND TIME OF INCIDENT 05-04-2021 | |

**ONLY ONE GRIEVANCE ISSUE PER FORM** for appropriate routing. Explain your grievance _in the provided box only_ (include dates, times, and names of persons involved). You only have 5 days from the incident to submit a grievance. **PREA incidents have no time limit and can be reported ANYTIME.** If this grievance is disability related check this box: ☐

TO: SHERIFF SCOTT R. JONES
Facility Issue
RE: RCCC Liutenant Brad Rose   HABITUAL GRIEVANT Response
CASE NO. 34-2022-00318979  Civil SUPERIOR COURT CASE.

RE: Anne Marie Schubert , Attorney At LAW
CASE NO. 34-2022-00316607  Civil SUPERIOR COURT CASE.
Price VS. Schubert and Price VS. ROSE

Request For hearing - Evidentiary hearing - order discovery
During my Custody I have Filed repeated grievances
regarding Sheriff deputy Mr. Gill Making a Threat to my life
after he handed back and refused to sign or accept my Filed
Covid Safety Facility issue concern. During mail Call on the
date of, 05-04-2021. I have Tried to direct Correspondence
SACRAMENTO COUNTY Council and SACRAMENTO DISTRICT
ATTORNEY'S Chief Rod Nogaard and Anne marie Schubert and
have not received any response back of the matter. Due to
the above listed issue That does violate Policy rule and
Procedure I request For a Evidentiary Hearing. Prepanderance
of evidence beyond a reasonable doubt to the Threat to Safety
and refusal of grievance Process Policy rule violation is on RCCC
JKF 300 Pod CCTV Surveillance Video.

*This Section for Staff Use Only*

| RECEIVING INDIVIDUAL (PRINT NAME) | BADGE NO. | DATE / TIME |
|---|---|---|
| V MAGANA | 278 | 7/15/22  1838 |

Check one: ☐ **RESOLVED at the Staff Level**   ☐ **FORWARD to Supervisor level**

Response:
DESIGNATED HABITUAL GRIEVANT FOR ISSUE ABOVE PER
LETTER DATED 12/1/21.
- COMPLIANCE UNIT

| RESPONDER (PRINT NAME) | BADGE NO. | DATE | SUPERVISOR'S SIGNATURE | BADGE NO. | DATE |
|---|---|---|---|---|---|
| | | | | | |

| Supervisor check one: | Corrective Action Taken ☐ | Denied ☐ | Not Grievable ☐ | Resolved ☐ |
|---|---|---|---|---|
| WATCH COMMANDER  N/A ☐ | BADGE NO.    DATE | ASSISTANT COMMANDER | BADGE NO.    DATE | |

7400-012 (REV 9/2020)

**SACRAMENTO COUNTY SHERIFF'S DEPARTMENT**   JKF 341

**CORRECTIONAL SERVICES**
**MESSAGE REQUEST**

PROBATION - LEGAL REQUEST          DATE April 2022

| TO: Maribell Macias | | | ☐ FEDERAL PUBLIC DEFENDER | ☐ PUBLIC DEFENDER | ☑ PROBATION |
| --- | --- | --- | --- | --- | --- |
| ☐ U.S. MARSHAL | ☐ SOCIAL WORKER | ☐ ICE | ☐ JAIL ADMIN. RECORDS | ☐ CHAPLAIN | ☐ RCCC |
| RECEIVED BY OFFICER: SHANDNEL #158 | ☐ COMPLIANCE | | ☐ ADA RELATED | ☐ RE-ENTRY | ☐ MAIN JAIL |

**MESSAGE:** Request For Court Hearing regarding Threat From RCCC Sheriff ~~crossed out~~ Mr Gill Preponderance of evidence beyond a reasonable doubt is on RCCC CCTV surveillance

**FROM NAME:** Scott Richard Dews    **X-REF NO.** XLA2570    **LOCATION:** RCCC JKF 341

**REPLY** PER JAIL COMPLIANCE UNIT, KITES ARE NOT THE PROPER AVENUE TO CONTACT A PROBATION OFFICER. YOU MUST CALL YOUR PROBATION OFFICER DIRECTLY

ALLEN #11                    **BY:**                  **DATE:**

MJ 7421 FORM 022          WHITE COPY FOR REPLY - YELLOW COPY TO RECORDS - PINK COPY KEPT BY INMATE
Rev. 01/16

# SACRAMENTO COUNTY
## SHERIFF'S OFFICE
### CORRECTIONAL SERVICES GRIEVANCE FORM



| NAME (PRINT LAST, FIRST, MIDDLE) | DATE OF BIRTH | XREF NUMBER | DATE |
|---|---|---|---|
| PRICE SCOTT RICHARD | 02-09-1989 | 4102520 | 05-07-22 |

| INMATE SIGNATURE | INMATE LOCATION | DATE AND TIME OF OCCURRENCE |
|---|---|---|
| | J BARRACKS | 05-04-2021 |

**ONLY ONE GRIEVANCE ISSUE PER FORM** for appropriate routing. Explain your grievance **in the provided box only** (include dates, times, and names of persons involved). **PREA incidents have no time limit and can be reported ANYTIME.** If this grievance is related to a disability check this box : ☐

CONDITION OF CONFINEMENT FACILITY ISSUE TO BE
FORWARD TO THE FOLLOWING RCCC LIEUTENANT(S) AND
RCCC WARDEN
RCCC LIEUTENANT Badge NOS, # 15 - #52 - #60 - #68

PURSUANT TO CONSTITUTIONAL LAW DUE PROCESS
513-525 PERSONS LIBERTY IS PROTECTED WITH PROTECTION
OF THE INDIVIDUAL AGAINST ARBITRARY ACTION OF THE
GOVERNMENT. CIVIL RIGHTS FEDERAL LAW
A.S.A.P.
I REQUEST FOR A PERSONAL APPEARANCE HEARING TO
BE SET AND SCHEDULED DUE TO SHERIFF DEP MR GILL
MAKING A THREAT TO MY LIFE AFTER HE HANDED BACK
MY GRIEVANCE SAFETY CONCERN AS NOT GRIEVABLE

THERE IS NOT ANY REASONABLE EXPLAINATION THAT
WILL RESOLVE THIS MATTER. DUE TO THE ABOVE
LISTED, SHERIFF MAKING A THREAT TO MY LIFE I
REQUEST FOR A PERSONAL HEARING OF THE MATTER.

DISTRIBUTION:
WHITE - DIVISION COPY
PINK - INMATE