1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SCOTT RICHARD PRICE,                        No.  2:22-cv-01484-TLN-CKD

12                  Petitioner,

13          v.                                     **ORDER**

14    SACRAMENTO COUNTY,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 15, 2022, the magistrate judge filed findings and recommendations herein

21    which were served on Petitioner and which contained notice to Petitioner that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed

23    objections to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

26    *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27    the file, the Court finds the findings and recommendations to be supported by the record and by

28    the magistrate judge's analysis.

1

1

2      Accordingly, IT IS HEREBY ORDERED that:

3          1.  The Findings and Recommendations filed December 15, 2022, are adopted in full.

4          2.  Petitioner's Application for a Writ of Habeas Corpus (ECF No. 1) is summarily

5   DISMISSED.

6          3.  All pending motions are DENIED as moot.

7          4.  The Court declines to issue the Certificate of Appealability referenced in 28 U.S.C. §

8   2253.

9   **DATED:  February 7, 2023**

10

11                                              Troy L. Nunley
                                                United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28